**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **BRITTANY BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action File No.:** |
| **v.** | ) | **1:25-cv-05502-JPB-JEM** |
| | ) | |
| **EMORY HEALTHCARE INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant Emory Healthcare, Inc. ("EHC" or "Defendant"), pursuant to Local Rule 3.3, and files this Certificate of Interested Persons and Corporate Disclosure Statement, showing the Court as follows:

1. The undersigned counsel of record for the Defendant in this action certifies that the following is a full and complete list of all parties in this action:

Brittany Brown
Emory Healthcare, Inc.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Toni J. Read
Lewis Brisbois Bisgaard & Smith LLP

Respectfully submitted this 15th day of September, 2026.

**Lewis Brisbois Bisgaard & Smith LLP**

/s/ *Toni J. Read*

Toni J. Read
Georgia Bar No. 140982
600 Peachtree Street, N.E.
Suite 4700
Atlanta, GA 30308
(404) 567-6589 (telephone)
(404) 467-8845 (facsimile)
Email: toni.read@lewisbrisbois.com

***Attorneys for Defendant***
***Emory Healthcare, Inc.***

**CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that this **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia. Counsel hereby states that this Answer has been typed in Times New Roman 14 count.

*/s/ Toni J. Read*
Toni J. Read

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2026, I electronically filed the foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system. \The undersigned also certifies that a copy of the foregoing document has been sent via U.S. Mail, postage prepaid, and addressed as follows to Plaintiff who is proceeding *pro se*:

Brittany Brown
441 Lake Drive
Hapeville, GA 30354

s/ *Toni J. Read*
Toni J. Read
Georgia Bar No. 140982